**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| David Hall and Jennifer Knapp, *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>SEI Investments Company, SEI Investments Management Corporation, SEI Capital Accumulation Plan Administration Committee, and John Does 1-30.<br><br>Defendants. | Case No. 2:25-cv-07341-JDW |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs David Hall and Jennifer Knapp ("Plaintiffs") respectfully move this Court for an Order: (1) preliminarily approving the parties' Class Action Settlement Agreement; (2) approving the proposed Settlement Notices and authorizing distribution of the Notices; (3) certifying the proposed Settlement Class for settlement purposes only under Rules 23(a) and 23(b)(1), and preliminarily approving the Plan of Allocation; (4) approving Kroll Settlement Administration LLC as the Settlement Administrator; (5) designating Plaintiffs as Class Representatives; (6) designating Plaintiffs' counsel as Class Counsel; (7) scheduling a final approval hearing; and (8) granting such other relief as set forth in the proposed Preliminary Approval Order submitted herewith.

This motion is made pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(1), 23(e), and 23(g) and is based on the accompanying Memorandum of Law and authorities cited therein;

the Declaration of Matthew J. Langley and exhibits attached thereto; and all files, records, and proceedings in this matter.

Counsel for Plaintiffs have conferred with counsel for Defendants regarding this motion and have been advised that Defendants do not oppose the motion.

Dated: October 30, 2026

*/s/ Matthew J. Langley*

Matthew J. Langley
Christopher M. Nienhaus
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, IL 60614
Tel: (312) 576-3024
matt@almeidalawgroup.com
chris@almeidalawgroup.com

Austin B. Cohen
Charles E. Schaffer
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
acohen@lfsblaw.com
cschaffer@lfsblaw.com

*Counsel for Plaintiffs & the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2026, a true and correct copy of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement was served by CM/ECF to the Parties registered to the Court's CM/ECF system.

Dated: October 30, 2026

*<u>/s/ Matthew J. Langley</u>*
Matthew J. Langley