# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| David Hall and Jennifer Knapp, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEI Investments Company, SEI Investments Management Corporation, SEI Capital Accumulation Plan Administration Committee, and John Does 1-30,<br><br>Defendants. | Case No. 2:25-cv-07341-JDW<br><br>**DECLARATION OF BRIANNE A. NELSON OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH PRELIMINARY APPROVAL OF SETTLEMENT** |

I, Brianne A. Nelson, hereby declare:

1. I am a Director of Kroll Settlement Administration LLC ("Kroll"),[1] the proposed Settlement Administrator to be appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed in connection with preliminary approval of the Settlement.

2. Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, privacy, securities, labor and employment, consumer, and government enforcement matters. Kroll has provided class action services in over 3,000 settlements varying in size and complexity over the past 50 years. Kroll's firm profile, which is attached as **Exhibit C-1**, provides additional information on Kroll's experience and capabilities.

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

3. Kroll is prepared to provide a full complement of notification and claims administration services in connection with the Class Action Settlement Agreement (the "Settlement Agreement") entered into in this Class Action, including dissemination of the Settlement Notice by email, mail, and through the use of a Settlement Website to be created in connection with this matter.

4. It is Kroll's understanding that it will be provided with data regarding Class Members pursuant to the Settlement Agreement, which will contain a combination of names, email addresses, physical mailing addresses, and other data elements pertinent to the administration of the Settlement.

**CAFA Notice**

5. On behalf of the Defendants, Kroll will provide notice of the proposed Settlement pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715(b). At Defense Counsel's direction, Kroll will send the CAFA Notice, which identifies how to access required documents relating to the Settlement, via first-class certified mail to (a) the Attorney General of the United States; (b) the Secretary of the U.S. Department of Labor; and (c) the applicable state Attorneys General. The CAFA Notice will direct the recipients to the website www.CAFANotice.com, a site that will contain all the documents relating to the Settlement referenced in the CAFA Notice.

**Notice by Email**

6. In preparation for disseminating the Settlement Notice by email (the "Email Notice"), Kroll will work with Class Counsel and Defense Counsel (collectively, "Counsel") to finalize the language for the Email Notice. Once the Email Notice is approved, Kroll will create an Email Notice template in preparation for the email campaign. Kroll will prepare a file with all Class Member email addresses and upload the file to an email campaign platform. Kroll will prepare email proofs for Counsel's review and final approval. The proofs/test emails for approval will include the body of the email and subject line. Once the proofs/test emails are approved, the email campaign will begin as directed in the Settlement Agreement.

7. Kroll will track and monitor emails that are rejected or "bounced back" as undeliverable. At the conclusion of the email campaign, Kroll will provide a report with the email delivery status of each record. The report will include the number of records that had a successful Email Notice delivery, and a count of the records where delivery failed. Kroll will also update its administration database with the appropriate status of the email campaign for each of the Class Member records.

8. If the Settlement Notice was delivered successfully by email, no further action will be taken with respect to the particular Class Member record.

9. If the Email Notice is rejected or "bounces back" as undeliverable, Kroll will send a Settlement Notice by first-class mail (the "Postcard Notice") to the physical address for that record if available, as described below.

**Notice by Mail**

10. Kroll will work with Counsel to format the Postcard Notice for mailing. Upon approval, Kroll will coordinate the preparation of Postcard Notice proofs for Counsel's review and final approval.

11. As directed by Counsel, Kroll will send the Postcard Notice by first-class mail to the physical mailing addresses of Class Members: (a) who only have a physical mailing address (and no email address) in the Class Member data to be provided by the Plan's Recordkeeper; and (b) whose Email Notice bounced back and a physical mailing address is included in the Class Member data.

12. In preparation for the Postcard Notice mailing, Kroll will send the Class Member data through the United States Postal Service's ("USPS") National Change of Address ("NCOA") database. The NCOA process will provide updated addresses for Class Members who have submitted a change of address with the USPS in the last 48 months, and the process will also standardize the addresses for mailing. Kroll will then prepare a mail file of Class Members who are to receive the Postcard Notice via first-class mail.

13. As directed by Counsel, Postcard Notices returned by the USPS with a forwarding address will be automatically re-mailed to the updated address provided by the USPS.

14. As directed by Counsel, Postcard Notices returned by the USPS as undeliverable as addressed without a forwarding address will be sent through an advanced address search process in an effort to find a more current address for the record. If an updated address is obtained through the advanced search process, Kroll will re-mail the Postcard Notice to the updated address.

**Settlement Website**

15. Kroll will work with Counsel to create a dedicated Settlement Website. The Settlement Website URL will be determined and approved by Counsel. The Settlement Website will contain a summary of the Settlement, allow Class Members to contact the Settlement Administrator with any questions or changes of address, and provide notice of important dates such as the date of the Fairness Hearing, the deadline to file a Former Participant Claim Form, and the deadline to file an objection. The Settlement Website will also contain downloadable copies of relevant documents including the Complaint, Settlement Agreement, long-form Settlement Notice, Former Participant Claim Form, Preliminary Approval Order, Plaintiff's Motion for Attorneys' Fees and Costs and Class Representatives' Case Contribution Awards (when available), and any other materials agreed upon by Counsel and/or required by the Court.

**Toll-Free Telephone Number**

16. Kroll will also establish a toll-free telephone number for the Settlement. The toll-free telephone number will allow Class Members to call and obtain information about the Settlement through an Interactive Voice Response system. Class Members may also request copies of the long-form Settlement Notice and Former Participant Claim Form, as well as the Settlement Agreement.

**Post Office Box**

17. Kroll will designate a post office box with the mailing address *Hall, et al. v. SEI Investments Company, et al.*, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New

York, NY 10150-5391, in order to receive Former Participant Claim Forms and correspondence from Class Members.

**Administrative Expenses**

18. Based on Kroll's current understanding of the Settlement Class size and requested settlement administration services, estimated Administrative Expenses are approximately $84,014.00 for fees, costs and other expenses incurred for settlement administration pursuant to the Settlement Agreement. The current estimate is subject to change depending on factors such as the actual Settlement Class size, and/or any settlement administration scope change not currently under consideration.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on October 30, 2026, in El Segundo, California.



Brianne A. Nelson

# EXHIBIT C-1

KROLL™



# Settlement Administration Services

Kroll provides innovative technology and consulting services for class action, mass tort, regulatory remediation and government claims administration.

**We are raising the bar in class action, mass tort, regulatory and government claims administration. With our proprietary technology, security, and global resources, coupled with our team's 50+ years of legal administration expertise, we offer unmatched solutions and capacity for even the most complex settlements anywhere in the world.**

## Time-tested leader in our field

**Managed more than 4,000 settlements**

**Processed over 100 million claims**

**$30 billion+ in distributions**

**Designed and managed 1,000+ court-approved multi-media campaigns**

## Why partner with Kroll for your settlement administration needs?

### Unrivaled Data Security and Technology

Our cutting-edge proprietary technology platforms are built to handle any case, no matter the size or complexity. Through our innovative technology and unrivaled data security measures, we create custom solutions, including a real-time case statistics dashboard, while providing clients with unlimited scalability in our secure, certified environment. Nothing is more important than protecting the confidentiality and integrity of customer data while meeting or exceeding regulatory requirements. Our clients can have the utmost confidence when working with Kroll on their most complex and sensitive matters.

### Industry Leading Claims Administration Team

With decades of experience across all types of settlements, our team is well-versed in every aspect of the administration process and has worked on some of the most historic and complex cases of all time. We work closely with all parties involved, often assisting clients before settlement agreements are finalized, to ensure a value-maximizing, reliable and effective administration.

KROLL

### Most Experienced Notice Media Team Globally

Through our in-house media team, we offer superior outreach programs that are rooted in analytics, validated by third parties and highly defensible in court. Our notice media team, led by one of the industry's most distinguished legal notice and communications experts, has successfully planned and implemented thousands of court-approved notice programs, including government enforcement actions and product recalls.

### Best-in-Class Claims Administration Processes

With our best-in-class claims processing procedures and focus on quality, we guarantee more accurate claims handling, speed, and responsiveness. We also provide a fully digital solution from start to finish for any engagement. Our electronic administration service offering encompasses noticing, claim filing, receipt of supporting documentation, corresponding with class members, clearing deficiencies and/or rejections and digital disbursements.

### Global Footprint with Resources and Expertise to Scale

With 5,000 experts around the world, we provide our clients with unlimited capacity to handle any settlement administration.

## Representative class action experience

With over 50 years of experience in class action settlement administration, our team has successfully handled some of the largest and most complex settlements in history. Our cutting-edge administration solutions address matters in the evolving global regulatory framework.

### In re: Yahoo! Inc. Customer Data Security Breach Litigation, No. 5:16-md-02752 (N.D. Cal.)

- $117.5 million settlement
- Over 1.3 million claims filed
- Over 924 million notices sent
- Over 194 million class members globally

### In Re: Currency Conversion Fee Antitrust Litigation, MDL No. 1409 (S.D.N.Y.)

- $336 million settlement
- 10.2 million claims filed
- Over 38 million notices mailed

### Cook et al. v. Rockwell International Corp. and The Dow Chemical Co., No. 90-cv-00181 (D. Colo.)

- $375 million settlement
- Over 250,000 payments made
- Over 58,000 notices mailed

### Columbia Gas Cases, Civil Action No. 1877cv01343G, Superior Court of Massachusetts

- $143 million settlement
- Approx. 16,000 claims filed
- Approx. 92,000 notices mailed

### In Re: Schering-Plough Corporation Securities Litigation, No. 01-cv-0829 (D.N.J.)

- $165 million settlement
- Over 71,000 claims filed

### Warner et al. v. Toyota Motor Sales, USA, No. 2:15-cv-02171 (C.D. Cal.)

- $3.4 billion settlement
- Over 2 million notices mailed
- 1.5 million vehicles affected

### Google Referrer Header Privacy Litigation, No. No. 5:10-cv-4809 (N.D. Cal.)

- 193 million class members globally

### In Re: T-Mobile Customer Data Security Breach Litigation, No. 4:21-md-03019 (W.D. Mo.)

- Over 76 million class members globally

### Hightower v. Receivables Performance Management LLC, No. 2:22-cv-01683 (W.D. Wash)

- 3.8 million class members

### Lincare Holdings, Inc. Settlement Administration, No. 22-cv-01472 (M.D. Fla.)

- Over 2.3 million class members

### Orr v. Intercontinental Hotels Group, PLC, No. 1:17-cv-1622 (N.D. Ga.)

- 2.25 million class members

### In Re Arthur J. Gallagher Data Breach Litigation, No. 1:22-cv-00137 (N.D. Ill)

- 2.2 million class members

KROLL

**Rodriguez v. Professional Finance Company, Inc., 1:22-cv-01679 (D. Colo.)**

- Over 2 million class members

**In Re Fred Hutchinson Cancer Center Data Breach Litigation, No. 2:23-cv-01893 (Wash. Super. Ct., King Cty.)**

- 2.1 million class members

**In Re Great Expressions Data Security Incident Litigation, No. 2:23-cv-11185 (E.D. Mich.)**

- 2 million class members

**In Re Apria Data Breach Litigation, No. 1:23-cv-01003 (S.D. Ind.)**

- 1.9 million class members

**Rodriguez v. University Property & Casualty Insurance Co., No. 0:16-cv-60442 (S.D. Fla.)**

- 1.3 million class members

**Sanderfer v. U.S. Radiology / Gateway Diagnostics, No. 22-cv-00972 (N.D. Texas)**

- 1.3 million class members

**Kleeberg v. St. Joseph's/Candler Health System, Inc., Civil Action No. STCV21-01638 (Chatham County, Ga.)**

- 1.2 million class members

**Summers v. Sea Mar Community Health Centers, No. 22-2-00773-7 (Sup. Ct. King Cty., Wa.)**

- 1.2 million class members

**In Re Tenet Healthcare Corporation Data Breach Litigation, No. DC-22-07513 (Texas Dist. Ct., Dallas Cty.)**

- 1.2 million class members

**In Re MCG Health Data Security Issue Litigation, No. 2:22-cv-00849 (W.D. Wash.)**

- 1.1 million class members

## Contact

**Website:** kroll.com/settlement-administration

**Phone:** +1 844 777 8055

**About Kroll**

As the leading independent provider of financial and risk advisory solutions, Kroll leverages our unique insights, data and technology to help clients stay ahead of complex demands. Kroll's global team continues the firm's nearly 100-year history of trusted expertise spanning risk, governance, transactions and valuation. Our advanced solutions and intelligence provide clients the foresight they need to create an enduring competitive advantage. At Kroll, our values define who we are and how we partner with clients and communities. Learn more at Kroll.com